PROB 35

**ORDER TERMINATING SUPERVISED RELEASE
PRIOR TO EXPIRATION DATE**

**UNITED STATES DISTRICT COURT
FOR THE
EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| **UNITED STATES OF AMERICA**           ) | |
|                                        ) | |
|         vs.         ) | **Docket Number: 1:03CR05376-001** |
|                                        ) | |
| **DIANE GAUDY**                        ) | |
|                                        ) | |

On February 1, 2005, the above-named was placed on Supervised Release for a period of 3 years. She has complied with the rules and regulations of supervision. It is accordingly recommended that she be discharged from supervision.

Respectfully submitted,

/s/ Marlene K. DeOrian

**Marlene K. DeOrian
United States Probation Officer**

Dated:   April 6, 2007
         Fresno, California
         MKD


**REVIEWED BY:**   /s/ Bruce A. Vasquez
                   **Bruce A. Vasquez
                   Supervising United States Probation Officer**

Rev. 05/2006
EARLY TERMINATION ~ ORDER (PROB35).MRG

**Re:   GAUDY, Diane**
      **Docket Number:   1:03CR05376-001**
      **ORDER TERMINATING SUPERVISED RELEASE**
      **PRIOR TO EXPIRATION DATE**

---

## ORDER OF COURT

It is ordered that the supervised releasee be discharged from supervised release, and that the proceedings in the case be terminated.

IT IS SO ORDERED.

Dated:   April 24, 2007                     /s/ Oliver W. Wanger
                                        UNITED STATES DISTRICT JUDGE